```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

 IN RE:                                          CASE NO. 07 B 00164
   TOYA J RUSSELL
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-7609


 ------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
 ------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

    1.  The case was filed on 01/04/07 and confirmed on 04/04/07.

    2.  The case was dismissed after confirmation, 09/21/2007.

    3.  The Debtor paid a total of $   4380.00 .

    4.  The Trustee made disbursements to creditors as follows:


 ------------------------------------------------------------------------------
 CREDITOR NAME                 CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                  PAID          PAID
 ------------------------------------------------------------------------------
 CHASE HOME FINANCE            CURRENT MORTG          .00           .00            .00
 CHASE HOME FINANCE            MORTGAGE ARRE       434.96           .00         434.96
 REAL TIME RESOLUTIONS         SECURED                .00           .00            .00
 REAL TIME RESOLUTIONS         MORTGAGE ARRE     11140.97           .00         175.60
 WELLS FARGO BANK              SECURED VEHIC     14675.95        104.57        1375.43
 B LINE LLC                    UNSECURED          1580.60           .00            .00
 AMERICAN GENERAL FINANCE      UNSECURED          1693.08           .00            .00
 CAPITAL ONE FINANCIAL         UNSECURED         NOT FILED          .00            .00
 CAPITAL ONE FINANCIAL         UNSECURED         NOT FILED          .00            .00
 PREMIER BANKCARD/CHARTER      UNSECURED           510.93           .00            .00
 HSBC CREDIT SERVICES          UNSECURED          1004.57           .00            .00
 MERRICK BANK                  UNSECURED          2159.86           .00            .00
 DELL FINANCIAL SERVICES       SECURED             288.67           .00         120.00
 DELL FINANCIAL SERVICES       UNSECURED           670.80           .00            .00
           Summary of disbursements:
 ------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
 ------------------------------------------------------------------------------
 TOTAL CLMS ALLOWED  26540.55         .00       7619.84        .00       34160.39
 PRINCIPAL PAID       2105.99         .00           .00        .00        2105.99
 INTEREST PAID         104.57         .00           .00        .00         104.57
 TOTAL PAID           2210.56         .00           .00        .00        2210.56
 The Debtor's attorney, LEHMAN & FOX                    , was allowed $   3000.00
 and was paid $    974.00   direct and $   2026.00  through the plan.

 The Trustee received $     143.44 .

 Refunds to the Debtor totaled $       .00 .

      Wherefore, the Trustee requests an order be entered discharging
 the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 12/19/07                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

                              PAGE   2
     CASE NO. 07 B 00164 TOYA J RUSSELL